UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT EUGENE THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>CAPTAIN CHENALO, *et al.*,<br><br>        Defendants. | Case No. 1:19-cv-01185-JDP<br><br>FINDINGS AND RECOMMENDATIONS DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PAYMENT OF FILING FEE IN FULL WITHIN TWENTY-ONE DAYS<br><br>ECF No. 2<br><br>OBJECTIONS DUE WITHIN 14 DAYS<br><br>ORDER TO ASSIGN CASE TO DISTRICT JUDGE |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On August 16, 2019, plaintiff filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. ECF No. 2.

The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28

1

U.S.C. § 1915(g). Plaintiff has had three or more actions dismissed as frivolous, as malicious, or for failing to state a claim upon which relief maybe granted.[1]

Plaintiff has not satisfied the imminent danger exception to § 1915(g). *See Andrews v. Cervantes*, 493 F.3d 1047, 1053-55 (9th Cir. 2007). In his complaint, plaintiff contends that he was not given his preferred cell placement. Plaintiff claims that he was housed in cells with poor lighting, mold, and without available lower bunks. *See* ECF No. 1 at 4-8. Plaintiff does not, however, allege that he is currently at risk of physical harm.

Accordingly, plaintiff's *in forma pauperis* application should be denied, and he should pay the filing fee in full, since he has accrued three or more strikes and was not under imminent danger of serious physical harm at the time this action was initiated. *See* 28 U.S.C. § 1915(g).

**Order**

The clerk of court is directed to assign this case to a district judge who will review the findings and recommendations.

**Findings and Recommendations**

Based on the foregoing, it is hereby recommended that:

1. plaintiff's *in forma pauperis* application, ECF No. 2, be denied;
2. plaintiff be required to pay the $400 filing fee in full within twenty-one days of adoption of these findings and recommendations; and
3. if plaintiff fails to pay the $400 filing fee in full within twenty-one days of adoption of these findings and recommendations, all pending motions be terminated and this action be dismissed without prejudice.

The undersigned submits the findings and recommendations to a district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within fourteen days of the service of the findings and

---

[1] The cases include: (1) *Thomas v. Shaffer*, Case No. 15-15408 (9th Cir.) (finding the appeal to be frivolous on June 10, 2015, and dismissing the appeal on July 8, 2015); (2) *Thomas v. Gomez*, Case No. 3:98-cv-00874-JM-LSP (S.D. Cal.) (dismissing the case for failure to state a claim on December 13, 1999); and (3) *Thomas v. Woodford*, Case No. 2:04-cv-07989-JVS-VBK (C.D. Cal.) (adopting findings and recommendations to dismiss the case for failure to state a claim on January 17, 2006).

2

recommendations, plaintiff may file written objections to the findings and recommendations with the court. That document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated: January 21, 2020

UNITED STATES MAGISTRATE JUDGE

No. 204.