1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

ALBERT EUGENE THOMAS,                    Case No. 1:19-cv-01185-ADA-HBK

12

                              Plaintiff,   ORDER GRANTING DEFENDANTS'
13                                         MOTION FOR ADMINISTRATIVE
          v.                               RELIEF
14
                                           (Doc. No. 36)
15   FLORES, et al. ,

16                            Defendants.    Amended Exhaustion Deadline- June 9, 2023

17

18        Pending before the Court is Defendants' Motion for Administrative Relief to modify the

19   Discovery and Scheduling Order filed May 2, 2023.  (Doc. No. 32).  Defendants seek to extend the

20   deadline for Defendants to challenge Plaintiff's exhaustion of administrative remedies from May

21   9, 2023 to June 9, 2023.

22        Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to

23   extend time is made before the original time, or its extension expires; or, on a motion made after

24   the time has expired, if the party failed to act because of excusable neglect.  Additionally, Fed. R.

25   Civ. P. 16(b)(4) permits a court to modify a scheduling order for good cause shown and with the

26   judge's consent.   Here, Defendants filed their motion before the prior extension of time expired

27   and have established good cause to extend the exhaustion deadline.

28

ACCORDINGLY, it is hereby ORDERED:

1. Defendants' Motion for Administrative Relief (Doc. No. 36) is GRANTED.

2. The deadline for Defendants to file an exhaustion-based motion for summary judgment is extended from May 9, 2023 to **June 9, 2023**.

3. All other deadlines and procedures set forth in the Court's February 9, 2023 Discovery and Scheduling Order (Doc. No. 32) remain in effect.


Dated:   May 2, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE