IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT EUGENE THOMAS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>FLORES, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:19-cv-01185 ADA HBK (PC)<br><br>ORDER GRANTING MOTION TO VACATE DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES<br><br>(Doc. No. 44) |

On August 10, 2023, Defendants moved to vacate the discovery cutoff and dispositive motion deadlines in the Discovery and Scheduling Order considering Defendants' pending motion for summary judgement. (Doc. No. 44). The Court finds good cause to grant the Motion.

ACCORDINGLY, it is hereby ORDERED:

1. Defendants' motion (Doc. No. 44) is **GRANTED**.
2. The discovery cutoff date and the dispositive merits-based motion deadline set forth in the Court's Discovery and Scheduling Order (Doc. No. 32) are hereby vacated pending a ruling on Defendants' exhaustion-based motion for summary judgment.

Dated:　August 28, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE